## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

IN THE INTEREST OF: N.M., A MINOR    :   No. 255 EAL 2022

: 

: 

PETITION OF: J.M., MOTHER    :   Petition for Allowance of Appeal

:   from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 8th day of November, 2022, the Petition for Allowance of Appeal is **DENIED**.